IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TEREGINALD WALLACE**                                                               **PLAINTIFF**
**ADC #124374**

v.                           Case No. 4:19-cv-00079-KGB

**STATE OF ARKANSAS**                                                            **DEFENDANT**

**ORDER**

On February 2, 2019, the Court directed plaintiff Tereginald Wallace either to: (1) pay the $400.00 filing fee in full; or (2) file a properly completed application to proceed *in forma pauperis* within 30 days, or his case would be dismissed. Rather than paying the fee or filing a properly completed *in forma pauperis* application, on February 21, 2019, Mr. Wallace filed a motion asking to dismiss this lawsuit (Dkt. No. 7). For good cause shown, the Court grants Mr. Wallace's motion and dismisses without prejudice this case. Fed. R. Civ. P. 41(a)(1).

So ordered this 3rd day of April, 2019.

                                                                   Kristine G. Baker
                                                                   United States District Judge