IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TEREGINALD WALLACE**  PLAINTIFF
**ADC #124374**

v.  Case No. 4:19-cv-00079-KGB

**STATE OF ARKANSAS**  DEFENDANT

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Tereginald Wallace's complaint is dismissed without prejudice.

So adjudged this 3rd day of April, 2019.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge